UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-5489-BHS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ADAN RAUL MERINO-AGUILAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Distribution of Heroin (2 counts); Possession of Methamphetamine with Intent to Distribute; Possession of Cocaine with Intent to Distribute.

<u>Date of Detention Hearing</u>:   August 19, 2010.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     The return of the indictment establishes probable cause to believe defendant committed the drug offenses charged in this case. The maximum penalty for each of these offenses is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

(2)     Nothing in the record effectively rebuts that presumption.

(3)     Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer. There is therefore limited information available about him.

(4)     Defendant is reportedly a citizen of Mexico. The United States alleges that his presence in this country is illegal. An immigration (ICE) detainer is either pending against him or soon will be. The issue of detention in this case is therefore essentially moot.

(5)     Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection

01   with a court proceeding; and

02   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03   for the defendant, to the United States Marshal, and to the United State Pretrial Services

04   Officer.

05   DATED this 19th day of August, 2010.

06

07                                   s/ John L. Weinberg
                                     United States Magistrate Judge

DETENTION ORDER
PAGE -3